AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN _____ DISTRICT OF _____ IOWA

UNITED STATES OF AMERICA

V.

RICHARD PEARSON

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:12-MJ-016

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or between October of 2011, and continuing to the present in Cass county, in the Southern District of Iowa defendant(s) did, knowingly attempt to persuade, induce, and entice any individual, that is, a male age 15 years, to travel in interstate commerce to engage in any sexual activity for which any person can be charged with a criminal offense; and did, using any facility of interstate commerce, including among others, a cell phone and interstate texting, knowingly persuade, induce, and entice or knowingly attempt to persuade, induce, and entice any individual who has not attained the age of 18 years, that is, a male age 15 years, to engage in any sexual activity for which any person can be charged with a criminal offense; and did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, that is, a male age 15 years,

in violation of Title __18__ United States Code, Section(s) 2422(a), 2422(b), and 2423(b)__. I further state that I am a(n) Special Agent with the Federal Bureau of Investigation___ and that this Complaint is based on the following facts:

See Affidavit attached and incorporated

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
David Kenneth Larsen, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,

March 30, 2012     at    Des Moines, Iowa
Date                                                                      City and State

Celeste F. Bremer, U.S. Magistrate Judge     _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer

# AFFIDAVIT

I, DAVID KENNETH LARSEN, being duly sworn, depose and say:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since 2002. I am currently assigned to investigate matters of Terrorism, Crimes Against Children, and General Criminal Matters. I have received specialized training from the National Center for the Analysis of Violent Crimes (NCAVC) in Crimes Against Children. I have investigated cases of internet child pornography, kidnapping, and interstate travel for the purpose of sex with a minor, also known as enticement cases.

2. As a Special Agent of the FBI, I am a "federal law enforcement officer" within the meaning of F. R. Cr. P. 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant.

3. I submit this Affidavit in support of a Complaint against RICHARD PEARSON, seeking a Warrant for his arrest. Your Affiant respectfully submits that there is probable cause to believe that RICHARD PEARSON has been and is engaged in the commission in the Southern District of Iowa of the offenses of Coercion and Enticement (regarding a person under 18 years of age), in violation of Title 18, United States Code, Section 2422(b); Travel With Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b); and Attempting to Persuade, Induce, or Entice An Individual to Travel in Interstate Commerce to Engage in Any Sexual Activity for Which Any Person Can Be Charged with a Criminal Offense, in violation of Title 18, United States Code, Section 2422(a). [PEARSON also remains the subject of an investigation regarding potential violations of Sexual Exploitation of Children, in violation of Title 18, United States Code, Section 2251; and Production, Possession or Distribution of Material

1

Constituting or Containing Child Pornography, in violation of Title 18, United States Code, Section 2252A.)

4. The Affiant has obtained his information from SARGENT CODY ECKLES and LIEUTENANT ERICKSON of the ATLANTIC POLICE DEPARTMENT (APD), the material recovered off of J.S.'s cellular phone provided by the IOWA DIVISION OF CRIMINAL INVESTIGATION, and the Affiant's own personal observations and investigation. Because this Affidavit is solely for the purpose of establishing probable cause, not all facts relating to the investigation are included herein.

## INVESTIGATION BACKGROUND

5. On March 7, 2012, C.A. brought into and surrendered to the ATLANTIC POLICE DEPARTMENT (APD), Atlantic, Iowa, a SAMSUNG cellular telephone, Model # SCH-U360, SKU# SCHU360DPR, FCC ID# A3LSCHU360. C.A. advised APD that he found the cellular phone in his mailbox. C.A. reviewed some of the contents of the phone and believed there were images of child pornography on the phone. APD officers reviewed some of the images on the phone and deemed them to be child pornography as well.

6. Although Affiant respectfully submits that a search warrant was not needed relative to the target of this investigation, RICHARD PEARSON, APD obtained a search warrant from a Magistrate of the District Court of the State of Iowa for Cass County, to review the contents of the phone. APD showed J.S. the search warrant to obtain from him the password for accessing data in the phone. APD OFFICER SPENCE WALTON reviewed some of the pornographic images on the cell phone and personally recognized one of the persons in the images to be J.S. J.S. is a 15 year-old boy, with whom APD is familiar due to identifying J.S. in regard to a prior investigation.

7. APD provided the cell phone received from C.A. and access code received from J.S. to the IOWA DIVISION OF CRIMINAL INVESTIGATION (IOWA DCI) for analysis. APD provided your Affiant with a compact disc copy of the material the IOWA DCI was able to retrieve off of the afore-mentioned cell phone. One of the items retrieved from the cell phone was the CDMA MIN, which stands for Code Division Multiple Access Mobile Identification Number. ████████████████████████████████████████████████████████████ MIN for the cell phone is (712) 249-2568. LT. ERICKSON advised that a review of APD's records shows that (712) 249-2568 belongs to J.S.. APD has this information, because APD has called this number before to conduct a prior investigation, and J.S. was the person who answered the phone and was involved in the further investigation.

8. APD has approached J.S. and advised him that they have his cellular telephone in their custody. J.S. has not requested return of the phone.

9. A number of the images on the cell phone had distinctive features in the background that APD officers recognized as being very similar to the features at the TURKEY CREEK LODGE. For example, for image files titled "0212120138.jpg" and "0212120138a.jpg" contain images of J.S. and another male, who both appear to be naked, embracing while lying on a bed. In the image, the wood paneling on the wall in the background can be seen along with the bedding. Both the bedding and the paneling appear similar to the paneling and bedding at the TURKEY CREEK LODGE. In addition, for the image file titled "0212121318b.jpg" the image features the unidentified male from the other images, clothed, standing, and holding a bouquet of roses. In the background of the image, you can see the same wood paneling again and a portion of the TV. Both the paneling and the TV are similar to the paneling and TV found at the TURKEY CREEK LODGE. All three afore-mentioned images have a file creation date of 02/12/2012.

3

10. APD interviewed members of the staff at the TURKEY CREEK LODGE in Atlantic, IA. The APD officers showed members of the staff images of the unidentified male in the cell phone images, and asked if they recognized the man in the pictures. TURKEY CREEK LODGE staff advised that the images look like RICHARD PEARSON. PEARSON has been a guest at the TURKEY CREEK LODGE on multiple occasions. The staff provided the APD with a copy of a registration card PEARSON completed from one of his recent stays at the motel. The following information was contained on the registration card:

> Name: Richard Pearson
> Street: XXXX XXXXXXXXX XX
> Colorado Springs, CO 80920
>
> Date In: 2-10
> Date Out: 2-12
> Room: 27

The registration card covers a date range of February 10-12, 2012. This date range coincides with the file creation date for a number of the images containing J.S. and/or PEARSON.

11. The Affiant has obtained PEARSON's driver license photo, and compared it to the image of the male other than the minor child, J.S., in the images on J.S.'s phone (which male TURKEY CREEK LODGE staff identified as looking like RICHARD PEARSON). Having compared PEARSON's driver license photo with the image referred to above, your Affiant's believes PEARSON's driver's license photo is very similar to the likeness of the unidentified male in the images from J.S.'s cell phone, and that the photo and the image are of the same person, PEARSON. The distinction your Affiant notes between the driver license photo and the other image is that the adult male shown in the driver license photo has facial hair (moustache) and "bushier head hair" than the male in the image from J.S.'s phone. Otherwise, the photo and the image appear to be the same person. A copy of PEARSON's driver license photo is attached hereto

4

and by this reference incorporated herein as Exhibit A. A copy of an image believed to be PEARSON, from J.S.'s phone, is attached hereto and by this reference incorporated herein as Exhibit B.

12. PEARSON's driver license information reports him to be a Colorado resident with a commercial driving license, or CDL. PEARSON's date of birth, according to Colorado driver's license information, is XX/XX/1961. PEARSON is, therefore, 50 years old.

13. Your affiant has reviewed the phone directory on J.S.'s cell phone (also sometimes referred to as a "phone book") containing stored numbers. Entry #46 in the directory is for the phone number (719) 205-5969. Entry #46 is titled "Rick". This entry also contains an e-mail address, kajunjake@yahoo.com. A check of number (719) 205-5969 in the CLEAR database reports it is subscriber to be RICHARD PEARSON. The CLEAR database is a database, which is compiled from public source information, which provides pedigree information on persons and telephone numbers.

14. Contained on J.S.'s cell phone are numerous text messages to and from "Rick"/(719) 205-5969. The following are some of the text messages contained on J.S.'s cell phone:

| Number | Name | Date & Time | Type | Text |
| --- | --- | --- | --- | --- |
| 7192055969 | Rick | 10/14/11 06:02:18 PM (GMT) | Incoming | (1/5) of love. Waiting at the altar withb a single rose, my eyes caught yhours then I froze. Smiling at me from across the room you are my groom, and I am yojur |
| 7192055969 | Rick | 10/14/11 06:02:34 PM (GMT) | Incoming | (2/5) groom. The wedding march plays for awhile, gracefully youj walk down the aisle, as you approach I see a vivid light, you are my angle all dressed in whit |

5

| | | | | |
|---|---|---|---|---|
| 7192055969 | Rick | 10/14/11 06:02:35 PM (GMT) | Incoming | (3/5) e, youjr eyes glisten like something out of a fairytale, you spoke with your cute subtle tones, promising we would never be alone, I will always be here t |
| 7192055969 | Rick | 10/14/11 06:02:37 PM (GMT) | Incoming | (4/5) o lend a hand, just remember I am forever your man, I'm at your side through thick and thin, together on this journey we will win. I love you Jxxx, you ar |
| 7192055969 | Rick | 10/14/11 06:02:39 PM (GMT) | Incoming | (5/5) e my life, you make me alive, I love you so very much I never have loved like this before. I love you Sweetheart mmmmuuuuaaaahhh:-* |
| 7192055969 | Rick | 02/13/2012 08:48:53 PM (GMT) | Incoming | Ikr! [**]...well I'm soakin n the tub wish u were with me now |

** <u>Affiant's Note:</u>  Your Affiant knows based on his training and experience that "Ikr" is common text jargon for "I know, right?".

| | | | | |
|---|---|---|---|---|
| 7192055969 | Rick | 02/14/2012 12:19:08 AM (GMT) | Incoming | I love you sooooooo much baby |
| 7192055969 | Rick | 02/14/2012 02:08:11 AM (GMT) | Incoming | Awwwww sweety |
| 7192055969 | Rick | 02/14/2012 02:11:27 AM (GMT) | Incoming | That's how you make me feel too my beautiful n precious fiancé |
| 7192055969 | Rick | 02/14/2012 02:15:37 AM (GMT) | Incoming | Me too baby I already can't wait to be with my mab |

| | | | | |
|---|---|---|---|---|
| 7192055969 | Rick | 02/14/2012 02:17:50 AM (GMT) | Incoming | Lol [**] ...my man |

    \*\* <u>Affiant's Note:</u>    Your Affiant knows based on his training and experience that "Lol" is common text jargon for "laugh out loud".

| | | | | |
|---|---|---|---|---|
| 9315705409 | N/A \*\*\* | 02/14/2012 03:08:47 AM (GMT) | Incoming | Have you talked to rick about your futures |
| 9315705409 | N/A \*\*\* | 02/14/2012 03:09:34 AM (GMT) | Outgoing | Oh well you we plan to get married and me moving out there so ya |

    \*\*\* <u>Affiant's Note:</u>    Phone number 9315705409 is not either Jxxxxxx Sxxxxxx or Richard Pearson. In this text exchange, Jxxxxxx Sxxxxxx appears to be communicating with a mutual acquaintance of Sxxxxxx's and Pearson's about the relationship between Pearson and Sxxxxxx, including Sxxxxxx (age 15) planning on moving to Colorado to be "married" to Pearson.

| | | | | |
|---|---|---|---|---|
| 7192055969 | Rick | 02/14/2012 07:33:15 AM (GMT) | Outgoing | Well im gonna go to bed sweetheart im to tired to use that dildo but ill call when I wake up good night baby I love you and ill use that dildo tomorrow and send you a lot of pics\*\*\*\* |

    \*\*\*\* <u>Affiant's Note:</u>    Based on Affiant's training and experience, Affiant respectfully suggests that in this text Jxxxxxx Sxxxxxx clearly states that he will be sending pornographic photographs to Richard Pearson.

| | | | | |
|---|---|---|---|---|
| 7192055969 | Rick | 02/14/2012 03:06:26 PM (GMT) | Incoming | Good morning baby....ok well I look 4wrd to a lot os sexy Pics today then ☺ |

    \*\*\*\* <u>Affiant's Note:</u>    Based on Affiant's training and experience, Affiant respectfully suggests that in this text Richard Pearson is responding to Jxxxxxx Sxxxxxx, and encouraging Sxxxxxx to transmit pornographic images of Sxxxxxx to Pearson.

| 7192055969 | Rick | 02/14/2012 05:53:15 PM (GMT) | Incoming | Well this other company will let you travel with me when u move out here** |

** Affiant's Note: Based on Affiant's training and experience, Affiant respectfully suggests that in this text Richard Pearson is responding to Jxxxxxx Sxxxxxx, and confirming and encouraging Sxxxxxx to move to Colorado to be "married" to Pearson, and that this constitutes a violation of Title 18, United States Code, Section 2422(a), that is, knowingly persuading, inducing or enticing Jxxxxxx Sxxxxxx to travel in interstate commerce to engage in any sexual activity for which any person can be charged with a criminal offense, or attempting to do so.

| 7192055969 | Rick | 02/14/2012 10:02:58 PM (GMT) | Incoming | I can't stop thinking of you n how I want to be with you |
| 7192055969 | Rick | 02/14/2012 10:03:29 PM (GMT) | Incoming | I know I was just gonna txt you saying that I really miss you |
| 7192055969 | Rick | 02/14/2012 10:59:46 PM (GMT) | Incoming | Fwd: Well actually they made my decision by not having my truck ready |
| 7192055969 | Rick | 02/14/2012 11:00:17 PM (GMT) | Incoming | Fwd: Ill still will try my best to see you april 1st my love ** |

** Affiant's Note: Based on Affiant's training and experience, Affiant respectfully suggests that in this text Richard Pearson is clearly stating that he intends to travel to Atlantic, Iowa on April 1, 2012, to see Jxxxxxx Sxxxxxx, and, based on prior communications and the images described above, for the purpose of engaging in illicit sexual contact with Jxxxxxx Sxxxxxx, in violation of Title 18, United States Code, Section 2423(b)

15. Based on the contents of the text messages, your Affiant knows that PEARSON is communicating with J.S. via their cell phones. In addition, based on your Affiant's training and

experience, Affiant respectfully suggests there is probable cause to believe that PEARSON is going to travel to Iowa to have illicit sexual contact with J.S. on or about April 1, 2012.

16. There are numerous images on J.S.'s cell phone of J.S. and/or PEARSON. Some of these images are pornographic. Some are not. Only the images the affiant believes necessary to establish probable cause to establish an illicit sexual relationship between J.S. and PEARSON will be described here.

    a. File name: 1025112032.jpg features PEARSON and J.S. embracing. Both PEARSON and J.S. are clothed. This image is not pornographic. The image of J.S. and PEARSON is bordered with flowers in the shape of the heart. A banner at the top of the photo says "Together4ever".

    b. File name: 1211110254.jpg is a photographic image of PEARSON standing naked in a doorway posing for the image. PEARSON's genitalia is clearly visible and his left hand is placed just above his genitalia. PEARSON is slightly arching his back in the photo and has placed his right hand somewhere behind his head, neck, or shoulder and his right elbow is pointing towards the ceiling.

    c. File Name: imagejpeg952_07.jpg is a photographic image of PEARSON and J.S. Both PEARSON and J.S. are fully clothed. This image is not pornographic. J.S. is seated and leaning back against PEARSON in this photo. PEARSON has his arm around J.S. and is holding up J.S.'s right hand with his (PEARSON's) right hand. On both PEARSON's right hand and on J.S.'s right hand are matching rings on their ring fingers. The rings appear to be in the style of wedding or engagement bands. A copy of this image is attached hereto and incorporated herein as Exhibit C.

d. File Name: imagejpeg952_09.jpg is a photographic image of PEARSON and J.S.. Both PEARSON and J.S. appear to be naked, that is, the photograph shows both PEARSON and J.S. naked from the stomach, up; presumably suggesting that they are otherwise both completely naked. This image is not necessarily pornographic. PEARSON and J.S. are embracing and appear to be lying on a bed. PEARSON is kissing the forehead of J.S.. The creation date of this file is October 2, 2011, from which your Affiant, based on his training and experience, respectfully suggests that there is probable cause to believe that RICHARD PEARSON has been engaged in illicit sexual activity with J.S. since at least October of 2011.

e. File Name: imagejpeg952_70.jpg is a photographic image of two penises lined up against each other and facing in different directions. Based on Affiant's training and experience in the enforcement of the applicable statutes, one of the penises appears to be smaller, not as developed, and no pubic hair is present. Based on Affiant's training and experience and the texts and images described above in this Affidavit, your Affiant believes that this is an image of PEARSON's and J.S.'s penises. The creation date of this file is December 12, 2011, from which your Affiant, based on his training and experience, respectfully suggests that there is probable cause to believe that RICHARD PEARSON has been engaged in illicit sexual activity with J.S. on various occasions on a continuing basis since at least October of 2011, and including December of 2011.

f. File Name: 1210112330c.jpg is a photographic image of J.S. performing oral sex on male genitalia. In the background of this photographic image is wood paneling similar to that seen in the image files, above, titled "0212120138.jpg" and "0212120138a.jpg". As mentioned earlier, in the image files titled "0212120138.jpg" and "0212120138a.jpg", J.S. and PEARSON, both appear to be naked, embracing while lying on a bed. Your Affiant, based on his training and

experience, respectfully suggests that there is probable cause to believe that the person receiving oral sex in the photographic image is PEARSON.

## CONCLUSION

17.     Based upon all of the information set forth in this Affidavit, your Affiant respectfully submits that there is probable cause to believe that in and affecting the Southern District of Iowa:

      a.     That RICHARD PEARSON is an adult, approximately age 50 years, who has since at least October of 2011, traveled in interstate commerce from Colorado, to Atlantic, Iowa, in the Southern District of Iowa, for the purpose of engaging in illicit sexual contact with J.S., age 15 years;

      b.     That RICHARD PEARSON has so traveled in interstate commerce on various occasions since October of 2011, including at least in December of 2011, and February of 2012, for the same unlawful purpose;

      c.     That RICHARD PEARSON has knowingly persuaded, induced or enticed J.S. to travel in interstate commerce to engage in any sexual activity for which any person can be charged with a criminal offense; or RICHARD PEARSON is attempting to do so; and in furtherance thereof, RICHARD PEARSON has used and is using any facility or means of interstate commerce, including among others, a cell phone and interstate texting.

      d.     That RICHARD PEARSON will be traveling to Atlantic, Iowa, on or about April 1, 2012, for the purpose of engaging to have contact with J.S., a 15 year-old male and will be carrying cellular telephone assigned (719) 205-5969 on or around April 1, 2012.

      e.     That, based on the above, RICHARD PEARSON has been and is engaged in the commission in the Southern District of Iowa of the offenses of Coercion and Enticement to Engage in Illicit Sexual Activity (regarding a person under 18 years of age), in violation of Title 18,

11

United States Code, Section 2422(b); Travel With Intent to Engage in Illicit Sexual Conduct, in violation of Title 18, United States Code, Section 2423(b), and Attempting to Persuade, Induce, or Entice An Individual to Travel in Interstate Commerce to Engage in Any Sexual Activity for Which Any Person Can Be Charged with a Criminal Offense, in violation of Title 18, United States Code, Section 2422(a).

Wherefore, Affiant respectfully requests that a Warrant issue for the arrest of RICHARD PEARSON upon the above offenses.

David Kenneth Larsen, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 30 day of March, 2012.

Celeste F. Bremer
United States Magistrate Judge

12

Enter URN or DL/ID #: [____] Find  [____] Logout

DL/ID #: [████]
URN: 0925411893
Name: RICHARD PEARSON
DOB: [████]
Captured: 09/11/2009 13:24




POWERED BY DIGIMARC



Attachment B



Attachment C