AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN  DISTRICT OF  IOWA

UNITED STATES OF AMERICA

V.

RICHARD PEARSON

**WARRANT FOR ARREST**

CASE NUMBER: 1:12-mj-016

TO: The United States Marshal
and any Authorized United States Officer

RECEIVED 2012 APR -2 P 2: 0 US MARSHALS, S/IOWA

YOU ARE HEREBY COMMANDED to arrest  RICHARD PEARSON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

attempt to persuade, induce, and entice any individual, that is, a male age 15 years, to travel in interstate commerce to engage in any sexual activity for which any person can be charged with a criminal offense; and did, using any facility of interstate commerce, including among others, a cell phone and interstate texting, knowingly persuade, induce, and entice or knowingly attempt to persuade, induce, and entice any individual who has not attained the age of 18 years, that is, a male age 15 years, to engage in any sexual activity for which any person can be charged with a criminal offense; and did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person, that is, a male age 15 years

in violation of Title 18 United States Code, Sections  2422(a), 2422(b) & 2423(b)

Celeste F. Bremer
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

March 30, 2012, Des Moines, Iowa
Date and Location

Bail fixed at $ _detain_ by *[signature]*
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _Atlantic, IA_

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/20/12 | Grant Parmenter, Special Agent | *[signature]* |