
RECEIVED
APR 2 5 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 1:12-cr-026 |
| Plaintiff, ) | |
| ) | **INDICTMENT** |
| v. ) | |
| ) | T. 18, U.S.C., Sec. 2 |
| RICHARD PEARSON, ) | T. 18, U.S.C., Sec. 2422(b) |
| ) | T. 18, U.S.C., Sec. 2423(b) |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

### Count 1
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about February 10-12, 2012, in the Southern District of Iowa and elsewhere, the Defendant, RICHARD PEARSON, knowingly and willfully traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is, did travel from outside the State of Iowa to Cass County, Iowa, for the purpose of engaging in sexual conduct with JS, a 15 year old person.

This is a violation of Title 18, United States Code, Section 2423(b).

**THE GRAND JURY FURTHER CHARGES:**

### Count 2
### (Coercion and Enticement)

On or about February 13, 2012, in the Southern District of Iowa and elsewhere, the Defendant, RICHARD PEARSON, knowingly and willfully used and caused to be used a facility or means of interstate commerce, to-wit, one or more cell-phones, to knowingly persuade,

1

induce, entice and coerce, and to knowingly attempt to persuade, induce, entice and coerce J.S., an individual who was then 15 years of age, to engage in any sexual activity for which any person can be charged with a criminal offense, that is, among others, violation of Code of Iowa, Section 709.4(2)(c)(4).

This is a violation of Title 18, United States Code, Sections 2422(b) and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 3
### (Coercion and Enticement)

On or about February 14, 2012, in the Southern District of Iowa and elsewhere, the Defendant, RICHARD PEARSON, knowingly and willfully used and caused to be used, including among other times on that date, at or about 7:33:15 a.m. (GMT) and 03:06:26 p.m. (GMT) a facility or means of interstate commerce, to-wit, one or more cell-phones, to knowingly persuade, induce, entice and coerce, and to knowingly attempt to persuade, induce, entice and coerce J.S., an individual who was then 15 years of age, to engage in any sexual activity for which any person can be charged with a criminal offense, that is, among others, violation of Code of Iowa, Section 709.4(2)(c)(4).

This is a violation of Title 18, United States Code, Sections 2422(b) and 2.

**THE GRAND JURY FURTHER CHARGES:**

### Count 4
### (Travel with Intent to Engage in Illicit Sexual Conduct)

On or about April 20, 2012, in the Southern District of Iowa and elsewhere, the Defendant, RICHARD PEARSON, knowingly and willfully traveled in interstate commerce for the purpose of engaging in illicit sexual conduct with another person, that is, did travel from

outside the State of Iowa to Cass County, Iowa, for the purpose of engaging in sexual conduct with JS, a 16 year old person.

This is a violation of Title 18, United States Code, Section 2423(b).

**A TRUE BILL.**

/S/_____
FOREPERSON

Nicholas A. Klinefeldt
United States Attorney

By: <u>S/Stephen Patrick O'Meara</u>
Stephen Patrick O'Meara
Assistant United States Attorney