IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Criminal No. 1:12-cr-026 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DEFENDANT'S REQUEST TO |
| | ) | REOPEN DETENTION HEARING |
| RICHARD PEARSON, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now, Richard Pearson, through counsel, and requests the court to reopen the hearing regarding detention pursuant to Title 18 U.S.C. § 3142(f)(2), and in support states the following:

1. On April 25, 2012, the United States charged the defendant by indictment with two counts of travel with the intent to engage in illicit sexual conduct in violation of 18 U.S.C. § 2423(b), and two counts of enticement of a minor in violation of 18 U.S.C. § 2422(b).

2. On April 26, 2012, the Honorable Magistrate Judge Celeste F. Bremer conducted a detention hearing, and after taking evidence and hearing arguments, filed an order of detention pending trial. (Doc. # 17).

3. The court, however, indicated a willingness to consider the halfway in Colorado Springs, Colorado, and suggested that the defendant could request further evidence on the matter. (Det. Hrg. Tr. Pg. 31). Pretrial Services contacted the halfway house at the request of the

defendant and indicated that the halfway house would accept "sex offenders" on pretrial status if ordered by the court. The defendant has requested an addendum to the original pretrial services report with details regarding the halfway house and to confirm that the facility would accept Mr. Pearson if the court deemed it appropriate. U.S. Probation has indicated, however, that the department's recommendation of detention remains unchanged. If the halfway house is similar to the one in Des Moines, it would allow for furloughs for work and could accommodate the Adam Walsh Conditions.

For all the foregoing reasons, the defendant requests the court to release the defendant to the Colorado Springs, Colorado, Federal half-way house under the Adam Walsh conditions, or in the alternative, would request a hearing on the matter.

    /s/ Timothy S. Ross-Boon
TIMOTHY S. ROSS-BOON

FEDERAL DEFENDER'S OFFICE
400 Locust Street
Suite 340, Capital Square
Des Moines, Iowa 50309-2353
TELEPHONE: (515) 309-9610
TELEFAX: (515) 309-9625
E-MAIL: timothy_rossboon@fd.org

ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on 7 May, 2012, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
    /s/ Timothy S. Ross-Boon

cc via ECF: AUSA Stephen O'Meara