# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No. 1:12-cr-026 |
| Plaintiff, ) | |
| ) | |
| v. ) | RESISTANCE TO DEFENDANT'S |
| ) | REQUEST TO REOPEN DETENTION |
| RICHARD PEARSON, ) | HEARING AND FOR ALTERNATE |
| ) | PLACEMENT OF DEFENDANT |
| Defendant. ) | |

Comes now the United States of America, Plaintiff in the above-captioned matter, by and through the United States Attorney for the Southern District of Iowa and the undersigned Assistant United States Attorney, and for its Resistance, states:

1. On April 26, 2012, the Court held a detention hearing herein and entered its Order of Detention Pending Trial (Document 17). In said Order, the Court found that "there is a serious risk defendant will not appear", and "there is a serious risk that the Defendant will endanger the safety of another person or of the community", and that "there are no conditions or combination of conditions which reasonably assure the appearance of the defendant as required and/or the safety of the community or any other person".

2. On May 7, 2012, Defendant filed his Request to Reopen Detention Hearing, therein also requesting placement at a half-way house in Colorado Springs, Colorado (Document 20).

3. Although this AUSA was not present at said detention hearing, I am advised that the possibility of half-way house placement (especially regarding Des Moines or Council Bluffs) was discussed, considered, and at least by implication, rejected by the Court. The government is, of course, aware that the Court did appear open to considering a half-way house placement in

1

Colorado upon receiving supplemental information. (Transcript, April 26, 2012, Detention Hearing, 31:11-32:2; hereinafter "Det. Tr.") However, even in appearing open to *consideration* of this, the Court found that the Defendant's employment as a trucker dictated against half-way house placement, even in Colorado.

> Being any kind of truck driver, delivery driver, is not just
> enough conditions or structure for that kind of circumstance.

(Det. Tr. 31:17-18)

4. The government is advised that having reviewed the possibility of half-way house placement in Colorado Springs, Colorado, the United States Probation Office - Pretrial Services (USPO) continues to recommend against half-way house placement, and continues to recommend that Defendant be detained.

5. In significant part, the alleged crimes were accomplished by Defendant using deceit and clandestine methods to communicate with the alleged 15 year old victim in this case, including the use of youthful surrogates to facilitate communication with the victim, and including the use of communication by cell phone. Placement of the Defendant in a half-way house would not guarantee that Defendant could not continue his pattern of behavior with the victim or with other government witnesses in this case.

6. Placement of the Defendant in a half-way house in Colorado, with the ability to leave the half-way house without supervision, would not tend to guarantee the appearance of the Defendant before this Court in the Southern District of Iowa, particularly when the Court has already found the Defendant to be a flight risk.

Wherefore, the government respectfully resists the placement of Defendant at a half-way

house in Colorado Springs, Colorado, or at any half-way house, and continues to request that the Defendant be detained.

Further, if the Court reopens the record in this case, the government is prepared to present additional evidence and/or argument regarding any placement other than detention with regard to Defendant, and to this extent respectfully requests the Court not to order Defendant's placement other than in detention, including placement in a half-way house, without further hearing on this matter.

                                  United States of America
                                  Plaintiff

                                  Nicholas A. Klinefeldt
                                  United States Attorney


By:  S/Stephen Patrick O'Meara
     Stephen Patrick O'Meara
     Assistant United States Attorney
     Southern District of Iowa
     Third Floor, 8 South 6th Street
     Council Bluffs, IA 51501-4206
     Tel: (712) 328-1612
     Fax: (712) 328-4048
     stephen.omeara@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2012, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail    _____Fax    _____Hand Delivery

__X__ECF/Electronic filing    ____Other means

UNITED STATES ATTORNEY

By: /s/PAC
Paralegal Specialist