Date: February 18, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal No. 1:12-cr-00026 |
| v. | ) | |
| RICHARD HOWARD PEARSON | ) | In Response to |
| Defendant. | ) | GOVERNMENT'S NOTICE REGARDING |
| | ) | CORRESPONDENCE FROM DEFENDANT |

Comes now, Richard Howard Pearson, Defendant, Sui juris, with response to **Document #68** "Government's notice regarding correspondance from Defendant."

**Document #68 Item #1** states, "The Government received correspondence on January 7, 2020 from the Defendant."

Attached EXHIBIT from the United States Postal Service states "Your item was delivered to the front desk, reception area, or mail room at 12:46 P.M. on January 6, 2020 in COUNCIL BLUFFS, IA 51501."

**Document #68** states "The UNITED STATES OF AMERICA, By and through the United States Attorney for the SOUTHERN DISTRICT OF IOWA and the undersignred Assistant United States Attorney."

With Document #68 being signed by "Richard E. Rothrock, Assistant United States Attorney" and "Respectfully submitted, Marc Krickbaum United States Attorney" The Plaintiff, The Federal Government (i.e. UNITED STATES OF AMERICA, Marc Krickbaum; U.S. Attorney, and Richard E. Rothrock - Assistant U.S. Attorney) have committed **FRAUD** and attempted to commit **FRAUD** and **Conspiracy** to commit Fraud, by an incorrect Date of receipt showing on the Document. The Document, (not the EXHIBITS), should now be classified as **FRAUDULANT**.

This brings into question the professional integrity of both Mr. Krickbaum and Mr. Rothrock as attorneys, more importantly as attorneys representing the Government. Their representative advocacy on the part of the government should be above reproach, setting forth the highest standards of the legal profession in service to the government, which in turn should be taking the highest regard for and cognizance of the people that make up this Nation. By thier actions, they have now called into a tremulous uncertainty, what exactly the government intends for those it governs. It causes to wonder if this then is truely only the first and single incident, Willfully committed of fraud, on behalf of the government? Should not all the files they have had contact with ab initio be examined in order to ascertain whether indeed this is a singular incident of fraudulent behavior on their part? or is this a darker trend that has been perpetrated over a long duration by these two wily attorney's? Per the **9th** Circuit court of Appeals (**Devereaux v. Perez, Feb 5, 1999**) "The majority opinion concedes that the Constitutional Right to be free from the knowing presentation of false or perjured evidence in a criminal prosecution is clearly established." **FN 28** Footnote #28 Slip Op. at 7921 8th District Court (**proffitt v. Cicconb, 371 F. Supp 282, 1973**) "For the government to knowingly use perjured evidence is a denial of due process. Someone has committed perjury, this is obvious, and if the government doesn't take the necessary steps to correct it; it would strongly suggest a conspiracy and denial of due process upon the petitioner."

Again these two Attorneys for the government, in **Document #68 item #2**, have made a misstatement, allegedly ascribing to the VERIFIED AFFIDAVIT OF CITIZENSHIP

RECEIVED
FEB 24 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

AND DOMICILE POINTS AND AUTHORITIES SUBSTANTIATING THAT CLAIMANT IS NON-RESIDENT ALIEN IN RELATIONSHIP TO TITLE 18 OF THE UNITED STATES CODE, PROOF OF LACK OF STANDING/JURISDICTION WITH PROOF OF FRAUD, AND DEMAND FOR PROOF OF JURISDICTION", and "AFFIDAVIT OF A LIVING MAN", that Defendant claims not to be a resident of Iowa. In no part of these documents does the Defendant make this claim.

Furthermore in the **2nd** EXHIBIT "AFFIDAVIT OF A LIVING MAN", these two attorneys have failed to acknowledge the nature of these contractual obligations. Please take special notice of **paragraphs 12 pages 1 and 2, and paragraphs 13 and 14** in the 2nd EXHIBIT "AFFIDAVIT OF A LIVING MAN", wherein is defined the nature of this contractual agreement, obligatory on the government to respond in commercial contractual kind, per the National Principle of Contracts. Most especially no representative of the government has **answered nor rebutted** by Affidavit as prescribed in **paragraph 14** on page 2 of the 2nd EXHIBIT "AFFIDAVIT OF A LIVING MAN." This in CONTRACT Law tacitly agrees to all points unrebutted by counter Affidavit in the 2nd EXHIBIT "AFFIDAVIT OF A LIVING MAN", admitting and acknowledging as **true all points therein.** See also paragraphs **19 and 20** in the same EXHIBIT on page 2 "AFFIDAVIT OF A LIVING MAN."

Defendant requests that per **Contract Law** these issues be rebutted **Point for Point** in the form of an Affidavit as prescribed in paragraph **14** on page 2 of the 2nd EXHIBIT "AFFIDAVIT OF A LIVING MAN."

**Maxim of Law 1:** False in one thing, false in everything.

**Maxim of Law 2:** One who exercises jurisdiction out of his territory cannot be obeyed with impunity.

**Maxim of Law 3:** The agreement of the parties overcomes or prevails against the law.

**Maxim of Law 4:** If the Plaintiff does not prove his case, the defendant is absolved.

Further Affiant Sayeth Naught.
GOVERN YOURSELVES ACCORDINGLY.

"Without Prejudice"

Signature: *Richard Howard Pearson*

Printed: Richard Howard Pearson

Man Upon The Soil Of The American Republic

EXHIBIT A

Tracking Number: 70001670001339337798

Your item was delivered to the front desk, reception area, or mail room at 12:46 pm on January 6, 2020 in COUNCIL BLUFFS, IA 51501.

✓ Delivered

January 6, 2020 at 12:46 pm
Delivered, Front Desk/Reception/Mail Room
COUNCIL BLUFFS, IA 51501

Get Updates ∨

Feedback ✕

Remove ✕

RECEIVED
FEB 24 2020
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: MARC KRICKBAUM, or
OFFICE HOLDER
UNITED STATES ATTORNEY, DISTRICT
OF IOWA
8 South 6th Street, Room 348
Council Bluffs, Iowa [51502]

9590 9402 2521 6306 5341 71

2. Article Number (Transfer from service label)
7000 1670 0013 3933 7798

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Vickie A. Rule

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: MARC KRICKBAUM, or
OFFICE HOLDER
UNITED STATES ATTORNEY, DISTRICT
OF IOWA
8 South 6th Street, Room 348
Council Bluffs, Iowa [51502]

9590 9402 2521 6306 5341 71

2. Article Number (Transfer from service label)
7000 1670 0013 3933 7798

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X 
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Vickie A. Rule

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## CERTIFICATE OF SERVICE/MAILING

I, Richard Howard Pearson, Sui juris, hereby certify that I have made service and mailing of a true, correct and complete copy of the following: "In Responsse to GOVERNMENT'S NOTICE REGARDING CORRESPONDENCE FROM DEFENDANT"

Certified Receipt Number: 7000 1670 0010 3520 2246
To: District Clerk of Court
DBA: DISTRICT CLERK OF COURT
    SOUTHERN DISTRICT OF IOWA
    123 E Walnut Street
    Des Moines, IA 50309-2035

I affirm that the document(s) were placed into a properly addressed envelope, with a Certified Mail Receipt (PS Form 3800) and a Domestic Return Receipt (PS Form 3811) attached, First Class Prepaid Postage to cover all costs, have been affixed to the envelope thus envoking the "Inmate Mailbox Rule." The envelope has been properly notated and placed into the Inmate Mailbox at FCI-La Tuna, P.O. Box 3000, Anthonty, New Mexico 88021-9897, on the 18 day of February 2020 A.D.

I affirm that the foregoing is true, correct, complete and not misleading.

"Without Prejudice"
Autograph: *Richard Howard Pearson*
Printed: Richard Howard Pearson, Sui juris

Man Upon The Soil Of The American Republic
FCI-La Tuna
P.O. Box 3000
Anthony, New Mexico Republic [88021-9897]

attachment: EXHIBIT A

Richard Pearson 13395030
Federal Correctional Institution La Tuna
P.O. Box 3000
Anthony, New Mexico [88021]

**CERTIFIED MAIL**

7000 1670 0010 3520 2246

Special Legal Mail

⇔13395-030⇔
District Clerk
Southern District Of Iowa
123 E Walnut ST
"Without Prejudice"
DES Moines, IA 50309-2035
United States

X-RAYED & CLEARED BY U.S.M.S.