# UNITED STATES DISTRICT COURT
### FOR THE
# SOUTHERN DISTRICT OF IOWA

## Report on Offender Under Supervision

---

**Name of Offender:** Richard Pearson        **Case Number:** 1:12-cr-00026

**Name of Sentencing Judicial Officer:** Robert W. Pratt, Senior U.S. District Judge
                                             Stephanie M. Rose, U.S. District Judge (current)

**Date of Original Sentence:** September 26, 2012

**Original Offense:** 18 U.S.C. § 2422(b) - Coercion and Enticement of a Minor to Engage in Unlawful Sexual Activity

**Original Sentence:** 120 months imprisonment; 60 months supervised release

**Date Current Supervision Commenced:** October 26, 2020

**Prior Modification(s)/Revocation(s):** September 17, 2020 – Up to 120 days residential reentry center placement (cause)
                                                       November 18, 2020 – Sex offender treatment, polygraph testing (cause)

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following conditions of supervision:

| **Violation** | **Nature of Noncompliance** |
|---|---|
| 1. Contact with Felons | On February 26, 2021, the offender admitted having contact with Thomas Greenwood, who is currently on supervised release in the Southern District of Iowa (Case Number: 4:10-cr-00011) for Possession of Child Pornography. The offender did not have permission from the Probation Office for said contact. |

**U.S. Probation Officer Action:**

On said date, the Probation Office spoke with the offender in regard to said behavior. The offender disclosed going to Mr. Greenwood's residence for dinner approximately two weeks ago. The Probation Office counseled the offender on the seriousness of his noncompliance. The Probation Office discussed consequences for continuing to engage in said behavior. Additionally, the Probation Office directed the offender to have no contact with Mr. Greenwood.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 28, 2021

by: _CJ Bauman_ (signature)
CJ Bauman
U.S. Probation Officer

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

_____
Assistant United States Attorney

☐ Objects and will petition the Court requesting that a formal hearing be set.

_____
Signature

## THE COURT ORDERS:

*No response or signature is necessary unless the Court directs that additional action be taken as follows:*

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons. be set.

_____
Signature of Judicial Officer

☐ Other: _____

_____
Date